

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00024-CR

Hector **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8869
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On September 20, 2016, appellant filed a "Motion to Supplement Reporter's Record and to Extend Appellate Timelines." Appellant states that the reporter's record is incomplete in that it omits Defense Exhibit 1. The motion is GRANTED. The court reporter is directed to prepare and file a supplemental reporter's record containing Defense Exhibit 1 no later than October 14, 2016. *See* TEX. R. APP. P. 34.6(d). Appellant's brief will be due 30 days from the date the supplemental reporter's record is filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court